## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| ANTHONY SPEIGHTS, | )  CASE NO. 1:24-CV-00837 |
| | ) |
| Plaintiff, | )  JUDGE CHRISTOPHER A. BOYKO |
| | ) |
| vs. | ) |
| | ) |
| 10 ROADS EXPRESS, LLC, | )  **JOINT STATUS UPDATE REGARDING** |
| | )  **STATUS OF ARBITRATION** |
| Defendant. | ) |
| | ) |

For their Status Update, Plaintiff Anthony Speights ("Plaintiff") and Defendant 10 Roads Express, LLC ("Defendant"), collectively (the "Parties"), state as follows:

On June 12, 2024, Defendant filed the Joint Proposed Stipulation to Arbitrate and Stay Pending Arbitration (Dkt. No. 3). On June 12, 2024, the Court issued an Order for the Parties to file "a status report on September 12, 2024, and every 60 days thereafter until arbitration is concluded." Accordingly, as of September 12, 2024, arbitration has commenced, the Parties have selected an Arbitrator, and have jointly proposed a scheduling order.

Respectfully submitted,

s/*Yelena G. Katz*
  Yelena G. Katz (0092130)
  Alyson Waite (0103657)
  Benesch, Friedlander,
   Coplan & Aronoff, LLP
  127 Public Square, Suite 4900
  Cleveland, Ohio 44114
  Telephone: 216.363.4500
  Facsimile: 216.363.4588
  Email: ykatz@beneschlaw.com
  awaite@beneschlaw.com

*Attorneys for Defendant 10 Roads
Express, LLC*

s/*Matthew T. Hurm* (per consent)
  Matthew T. Hurm (0088818)
  Hurm Law Firm, LLC
  135 Southwood Road
  Akron, OH 44313
  Telephone: 216.860.1922
  Facsimile: 216.820.4347
  Email: matt@hurmlawfirm.com

*Attorney for Plaintiff Anthony Speights*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on September 12, 2024, with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel

of record.

s/Yelena G. Katz
  Yelena G. Katz (0092130)

*One of the Attorneys for Defendant 10 Roads
Express, LLC*

2

24918909 v1